## BRISCOE et al. v. HOLDER et al.

SIMMONS, C. J.    The plaintiff showed a perfect paper title to the land in controversy, but the defendant showed a prescriptive title based on more than seven years adverse possession under written evidence of title. A verdict for the defendant was therefore demanded, and the court did not err in so directing.    *Judgment affirmed. All the Justices concurring.*

Argued July 25, — Decided August 9, 1900.

Complaint for land.    Before Arthur Gray Powell, judge pro hac vice.    Miller superior court.    October term, 1899.

*W. C. Worrill, R. H. Sheffield*, and *C. C. Bush*, for plaintiffs. *B. B. Bower*, for defendants.